**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MATT BOYER,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:18-1858 |
| v. | : | (JUDGE MANNION) |
| **NANCY A. BERRYHILL,** | : | |
| Defendant | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report of Judge Carlson, **(Doc. 13)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** the plaintiff's complaint appealing the final decision of the Commission's decision denying his claim for DIB benefits, **(Doc. 1)**, is **DENIED**; and

**(3)** the Clerk of Court is directed to **CLOSE THIS CASE**.


s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: July 8, 2019**
18-1858-01-ORDER.wpd